## **STATEMENT OF FACTS**

On February 2, 2015, members of the United States Park Police Vice Unit conducted a traffic stop in the 3700 block of Massachusetts Avenue, SE, Washington, DC.  Officers made contact with the driver of the vehicle, later identified as defendant Tyrone Lee. Officers approached the vehicle and smelled an odor consistent with burnt marijuana coming from within the vehicle.  Other than the defendant the only other occupants of the vehicle were three young children.  Officers asked the defendant to exit the vehicle and as he exited, officers observed a piece of rolling paper and a clear plastic bag with white residue in the cup holder of the center console. Defendant Lee gave consent to search his person. Officers recovered approximately $1846 in United States currency from the defendant's person.  A search of the driver's area of the vehicle revealed a knotted portion of plastic which contained a white rock like substance from the coin compartment to the left of the steering wheel.  The approximate weight of the white rock like substance was 14.4 grams. The defendant was then placed under arrest.  A portion of the white rock like substance field tested positive for cocaine. The approximate weight of the white rock like substance indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.


_____
INVESTIGATOR ANDREW KENESS
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF FEBRUARY, 2015.


_____
U.S. MAGISTRATE JUDGE